# In the United States Court of Federal Claims

No. 97-579C

(Filed December 20, 2006)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                  *
SGS-92-X003,                                      *
                                                  *
                Plaintiff,                        *
                                                  *
        v.                                        *
                                                  *
THE UNITED STATES,                                *
                                                  *
                Defendant.                        *
                                                  *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

**SCHEDULING ORDER**

_____

On December 20, 2006, the Court convened a telephonic status conference with the parties to discuss scheduling for pretrial filings and trial dates. In accordance with the representations of the parties, the Court schedules the following:

1. The parties shall submit a joint scheduling proposal for pretrial matters by **January 12, 2007**.

2. Trial is scheduled for **June 11, 2007 - June 15, 2007**.

                                             s/ Mary Ellen Coster Williams
                                             **MARY ELLEN COSTER WILLIAMS**
                                             **Judge**