# In the United States Court of Federal Claims

No. 97-579C

(Filed December 20, 2006)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
SGS-92-X003,                                       *
                                                   *
                 Plaintiff,                        *
                                                   *
         v.                                        *
                                                   *
THE UNITED STATES,                                 *
                                                   *
                 Defendant.                        *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

**ORDER GRANTING DEFENDANT'S
MOTION FOR AN ENLARGEMENT OF TIME**
_____

On December 20, 2006, during the telephonic status conference, Defendant moved for an enlargement of time until January 19, 2007, to respond to the Court's December 13, 2006 Order to Show Cause.  Good cause having been shown, this motion is **GRANTED**.

 

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS
Judge**