# In the United States Court of Federal Claims

No. 97-579C

(Filed February 26, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SGS-92-X003,

       Plaintiff,

       v.

THE UNITED STATES,

       Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SCHEDULING ORDER**

On February 26, 2010, the Court convened a telephonic status conference with the parties to discuss scheduling for pretrial filings and trial dates. In accordance with the representations of the parties, the Court schedules the following:

1. The parties shall file any motions in limine by **March 17, 2010**.

2. The parties shall file any responses to motions in limine by **March 24, 2010**.

3. A pretrial conference shall be held at the Court of Federal Claims in Washington, D.C., on **March 29, 2010**, at **2:00 pm** in a court room to be determined.

                                              s/ Mary Ellen Coster Williams
                                              **MARY ELLEN COSTER WILLIAMS**
                                              **Judge**