# In the United States Court of Federal Claims
No. 97-579C
(Filed March 31, 2010)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
SGS-92-X003,                        *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```
_____

**ORDER GRANTING MOTION TO AUTHORIZE
CERTAIN ELECTRONIC EQUIPMENT INTO THE UNITED STATES
DISTRICT COURT WEST PALM BEACH, FLORIDA**
_____

This matter came to be heard upon Counsel for the Plaintiff SGX-92-X003's oral request to authorize certain electronic equipment into the United States District Court located in West Palm Beach, Florida. It is **ORDERED** that Counsel for Plaintiff, Michael L. Avery, Sr., Esquire, and Counsel for Defendant, J. Reid Prouty, Esquire, shall be authorized to enter the United States District Courthouse located at 701 Clematis Street, Courtroom No. 6, West Palm Beach, Florida, 33401, each with a laptop computer, cell phone, and Blackberry PDA, during the entire conduct of the trial in this matter currently scheduled for April 5 through April 9, 2010.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**
