## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SGS-92-X003,           ) | |
|        ) | |
|    Plaintiff,     ) | |
|        ) | |
| v.                    ) | No. 97-579C |
|        ) | (Judge Williams) |
| THE UNITED STATES,     ) | |
|        ) | |
|    Defendant.     ) | |

### DEFENDANT'S NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals to the Federal Circuit the judgment of the judgment of the United States Court of Federal Claims entered in this case on September 2, 2014.  Copies of the unsealed opinion and order, dated September 26, 2014 and the judgment, dated September 2, 2014 are attached.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

                                                                                 s/ J. Reid Prouty
J. REID PROUTY
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C.   20005
Tel (202) 305-7586
Fax (202) 514-7969
j.reid.prouty@usdoj.gov

October 31, 2014                            Attorneys for Defendant